# STILLMAN & ASSOCIATES

3015 NORTH BAY ROAD, SUITE B
MIAMI BEACH, FL 33140

TELEPHONE (888) 235-4279
FACSIMILE (888) 235-4279
e-mail pstillman@stillmanassociates.com

PHILIP H. STILLMAN
ADMITTED IN MASSACHUSETTS
AND CALIFORNIA

115 North Orange Drive
Los Angeles, California 90036

June 12, 2024

**VIA ECF**

Honorable Judge Katherine Polk Failla
United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: *Helen Swartz v. 44 Lexington Associates, LLC*
Case No.: 1:24-cv-452 (KPF)

Dear Judge Failla:

I write to the Court in response to Plaintiff's counsel's letter requesting an informal conference with the Court for a pre-motion discovery conference to correct the record slightly. This is an ADA action by serial litigant Helen Swartz, who has sued 168 hotels in New York, including 13 in the Southern District alone since 2023. In each case, she alleges an intent to return to every single hotel. Although the claims are moot, it is universally accepted that the parties must meet and confer regarding discovery before bringing such issues to the Court.

Counsel for plaintiff leaves the Court with the impression that Defendant has refused to confer to at least narrow the issues in dispute. However, that is not the case. On May 28, 2024, at 12:36 p.m., Mr. Rotbart granted an extension of one week to respond to the discovery from Plaintiff. On June 4, 2024, Mr. Rotbart stated in an email that "Please advise if we going to be able to resolve this case by way of settlement, or should I proceed with filing a motion to compel?" On June 6, Mr. Rotbart again contacted the undersigned, but I was out of the office. On June 10, I emailed Mr. Rotbart a 1:58 p.m. and told him that I was in court when he called but asked when was he available for a call. A copy of this email is attached hereto as Exhibit 1. He responded, "anytime." I returned Mr. Rotbart's call at 5 p.m. on June 10 and was told that he had left for the day. I left a message to call me at his convenience to discuss the responses to discovery. On June 10 at 5:08 p.m. I emailed Mr. Rotbart, saying that I returned his phone call and that "I will be in most of the day tomorrow so let's circle back then." A copy of this June 10 email is attached hereto as Exhibit 2. I did not hear back from Mr. Rotbart on June 10, June 11

or this morning. Instead, I received the ECF notice of Plaintiff's filing of a letter requesting a pre-motion discovery hearing. I believe that this letter is premature in that despite good faith efforts by both parties, we have not yet conferred on the discovery, which may eliminate or at least substantially narrow any disputes for the Court to address. Accordingly, Defendant believes that such a pre-motion conference is premature and the request should be denied without prejudice to renewal if necessary after the parties have conferred.

We thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Philip H. Stillman*

Philip H. Stillman, Esq.
STILLMAN & ASSOCIATES
3015 North Bay Rd., Suite B
Miami Beach, Florida 33140
(888) 235-4279
pstillman@stillmanassociates.com

```
The Court is in receipt of Plaintiff's request for a pre-motion
discovery conference (Dkt. #16) as well as Defendant's above
response (Dkt. #17).

Plaintiff's request for a pre-motion discovery conference is hereby
DENIED.  The parties are hereby ORDERED to meet and confer regarding
their discovery dispute on or before June 21, 2024.  The Court
expects that the parties will work diligently and in good faith to
resolve all such disputes amongst themselves before bringing them to
the Court's attention.

The Clerk of Court is directed to terminate the pending motions at
docket entries 16 and 17.

Dated:     June 13, 2024                     SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE