UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

HELEN SWARTZ, Individually,

        Plaintiff,

vs.   Case No.: 1:24-CV-00452

44 LEXINGTON ASSOCIATES, L.L.C., a New York Limited Liability Company,

        Defendant.

## JOINT MOTION TO DISMISS

Plaintiff and Defendant (collectively the "Parties"), by and through their respective undersigned counsel, hereby provide notice to the Court that the parties have resolved all issues between them. The parties request that the Court enter a dismissal herein, but with a retention of jurisdiction to enforce the terms of the parties' settlement agreement if necessary.

Respectfully submitted,

/s/ Brandon A. Rotbart

Brandon A. Rotbart, Esq.
Law Office of Brandon A. Rotbart, PA
11098 Biscayne Blvd., Suite 401-18
Miami, FL 33161
Telephone: (305)350-7400
rotbart@rotbartlaw.com
Counsel for Helen Swartz

/s/ Philip H. Stillman

Philip H. Stillman, Esq. (admission pending)
Stillman Associates
3015 North Bay Road, Suite B
Miami Beach, FL 33140
Telephone: (717) 237-7111
pstillman@stillmanassociates.com
Counsel for 44 Lexington Associates, LLC

/s/ Stephen M. Goldstein

Stephen M. Goldstein, Esq.
LAW OFFICES OF STEPHEN GOLDSTEIN
225 West 106th Street
New York, NY 10025
(646) 259-5024
SGoldstein@sgoldlaw.com
Local Counsel for Defendant

Application GRANTED.

The Court notes that it issued an Order of Discontinuance and closed this case on September 24, 2024. (Dkt. #34). The Court retains jurisdiction to enforce the parties' settlement agreement if necessary.

The Clerk of Court is directed to terminate the pending motion at docket entry 35.

Dated:      October 15, 2024              SO ORDERED.
            New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE